## Jury Note

FILED

AUG - 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States

vs.                                            CR 09-65 (RMC)

Courtney Stadd

> Your Honor —
> We the jury have reached a unanimous verdict.

8/6/09
DATE

JURY FOREPERSON